UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #
(NEW FILING)

**05 CV 10662 REK**

LESLIE SANDIFORD,
Plaintiff   MAGISTRATE JUDGE _____

v.

GREYHOUND LINES, INC.,
Defendant.

RECEIPT # _____
AMOUNT $ 250
SUMMONS ISSUED  yes
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY CLK _____
DATE 4/5/05

## PLAINTIFF'S COMPLAINT

### THE PARTIES

1. The plaintiff, Leslie Sandiford, is a resident of 724 Washington Street, Dorchester, MA.

2. The defendant Greyhound Lines, Inc. is a foreign corporation organized under the laws of Delaware with its principal place of business located at 15110 North Dallas Parkway, Dallas, Texas.

3. CT Corporation at 101 Federal Street Boston, is its registered agent for service of process in the Commonwealth of Massachusetts.

### JURISDICTION

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

### FACTS

5. On July 3, 2004, the plaintiff, an African American male, was a passenger on Greyhound bus # 7029 from Foxwoods Casino, Connecticut to Boston, MA.

6. On July 3, 2004, Joe Orosz was an employee of the defendant Greyhound Lines, Inc. and a driver of Greyhound bus #7029 leaving Foxwoods Casino Connecticut to Boston, MA.

7. While boarding the bus in Connecticut and purchasing a ticket from Foxwoods to Boston, the defendant's employee told the plaintiff to "if your black ass don't like it, get his black ass to the back of the bus" and generally humiliated the plaintiff on account of his race and origin.

8. While discussing the cost of transport, the defendant's employee yelled at the plaintiff in the presence of other passengers to "get your black ass of my bus", sought to deny him access to public transportation and was generally verbally and physically abusive to the plaintiff.

9. A similar incident occurred again in Providence Rhode Island when the plaintiff questioned the ticket price and the Providence Rhode Island police intervened in the plaintiff's behalf the events of which were corroborated by other passengers who witnessed the incident. The defendant's employee was removed from the bus run and replaced by another driver at Providence Rhode Island.

10. The acts of the defendant's employee were extreme, motivated by a racial animus and violative of 42 U.S.C. 2000a, interfering with the plaintiff's rights to full and equal accommodations in a place of public accommodation.

11. The acts of the defendant's employee were extreme, motivated by a racial animus and violative of Connecticut General Statutes §§46a-64(a)(1), interfering with the plaintiff's rights to full and equal access to a place of public accommodation.

12. The acts of the defendant's employee were extreme, motivated by a racial animus and violative of Rhode Island General Statutes Title 11, chapter 11-24-1-3, interfering with the plaintiff's rights to full and equal access to a place of public accommodation.

13. The defendant negligently failed to hire, train and retain the defendant's employee and this negligence contributed to the incident which forms the basis of this complaint.

14. As a direct and proximate result of the defendants' act and conduct, the plaintiff has been injured, suffered emotional distress and humiliation because of the acts of the of the defendant and the defendant's employee.

## CAUSE OF ACTION
(Each Cause of Action Specifically Incorporates By Reference All Of Those Paragraphs Previously Set Forth)

First Cause of Action

12. The plaintiff brings an action against the defendant Greyhound Lines, Inc. for violation of 42 U.S.C. §2000a et seq. resulting in damage to the plaintiff Leslie Sandiford.

Second Cause of Action

13. The plaintiff brings an action against the defendant Greyhound Lines, Inc. for violation of 42 U.S.C. §2000a et seq. resulting in emotional distress to the plaintiff Leslie Sandiford.

Third Cause of Action

14. The plaintiff brings an action against the defendant Greyhound Lines, Inc. for violation of Rhode Island Title 11, Chapter 11-24 et seq. resulting in damage to the plaintiff Leslie Sandiford.

Fourth Cause of Action

15. The plaintiff brings an action against the defendant Greyhound Lines, Inc. for violation of Connecticut General Statutes §§46a-64(a)(1) resulting in damage to the plaintiff Leslie Sandiford.

Fifth Cause of Action

16. The plaintiff brings an action against the defendant Greyhound Lines, Inc. for negligent hiring, training and retention resulting in damage to the plaintiff Leslie Sandiford.

Sixth Cause of Action

17. The plaintiff brings an action against the defendant Greyhound Lines, Inc. for negligent hiring, training and retention resulting in emotional distress to the plaintiff Leslie Sandiford.

Demands For Relief

15. The Plaintiff, Leslie Sandiford, demands judgment against the defendant Greyhound Lines, Inc. together with interest, costs and attorney fees as to the first, second, third fourth, fifth & sixth causes of action.

Jury Trial

The Plaintiff requests a trial by jury.

The Plaintiff, Leslie Sandiford
By His Attorneys, James E. Neyman & Associates, P.C.

_____
James E. Neyman
197 Portland Street
Boston, MA 02114
617.723.2627
BBO#555229

3/3/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _ESSIE SANDIFORD_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

    III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

    IV.   220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

    V.    150, 152, 153.

    **05-10662 REK**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
    _NOT APPLICABLE_

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
    YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
    YES ☐    NO ☒
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
    YES ☐    NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
    YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
    YES ☐    NO ☒

    A.  If yes, in which division do all of the non-governmental parties reside?
        Eastern Division          Central Division          Western Division

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
        Eastern Division  ☒      Central Division          Western Division

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
    YES ☐    NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME: _JAMES E. NEYMAN_
ADDRESS _JAMES E. NEYMAN & ASSOCIATES, P.C. 97 PORTLAND ST. BOSTON, MA_
TELEPHONE NO. _617 723-2627_

(CategoryForm.wpd - 2/15/05)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
DEFENDANTS

(b) County of Residence of First Listed Plaintiff: **SUFFOLK**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
LAW OFFICE OF JAMES E. NEYMAN + ASSOC. PC
147 PORTLAND ST, BOSTON MA 02114  617-723-2627

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury - Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | 820 Copyrights | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 R.R. & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine / PERSONAL PROPERTY | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans | 345 Marine Product Liability / 370 Other Fraud | 660 Occupational Safety/Health | | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 371 Truth in Lending | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Injury / 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 195 Contract Product Liability | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment / Habeas Corpus: | 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare / 535 Death Penalty | | 871 IRS—Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 540 Mandamus & Other | | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / 550 Civil Rights | | | 950 Constitutionality of State Statutes |
| | [X] 440 Other Civil Rights / 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC §2000a ; 28 USC §1332

Brief description of cause:
OUSTER FROM BUS IN VIOLATION OF 42 US §2000a

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE    DOCKET NUMBER

DATE: 3/31/05
SIGNATURE OF ATTORNEY OF RECORD: J.E. Ney

FOR OFFICE USE ONLY
RECEIPT #____ AMOUNT____ APPLYING IFP____ JUDGE____ MAG. JUDGE____