**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LESLIE SANDIFORD, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )     Civil Action No. 05-10662-REK |
| GREYHOUND LINES, INC., | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Daniel B. Klein of Seyfarth Shaw LLP, World

Trade Center East, Two Seaport Lane, Suite 300, Boston, MA 02110, as counsel for the

Defendant in connection with the above-captioned action.

Respectfully submitted,

DEFENDANT
GREYHOUND LINES, INC.

By its attorney,


 /s/ Daniel B. Klein
Daniel B. Klein
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Dated:  July 7, 2005                    (617) 946-4800

2

## **CERTIFICATE OF SERVICE**

I, Daniel B. Klein, hereby certify that on this 7th day of July, 2005, a true copy of the foregoing document was mailed, postage prepaid, to James E. Neyman, Esq., James E. Neyman & Associates, P.C., 197 Portland Street, Boston, MA 02114, Counsel for Plaintiff.


      /s/ Daniel B. Klein_____
      Daniel B. Klein

BO1 15724661.1