**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LESLIE SANDIFORD,             ) | |
|            ) | |
|         Plaintiff,      ) | |
|            ) | |
| v.                    ) | Civil Action No. 05-10662-REK |
|            ) | |
| GREYHOUND LINES, INC.,    ) | |
|            ) | |
|         Defendant.     ) | |
|            ) | |

**DEFENDANT'S ASSENTED-TO MOTION TO EXTEND TIME TO**
**FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

The Defendant, Greyhound Lines, Inc. ("Defendant"), respectfully requests that the Court extend the time for filing of Defendant's responsive pleading to the Complaint filed by the Plaintiff, Leslie Sandiford ("Plaintiff"), until August 13, 2005.  Plaintiff has assented to this Motion.  As grounds for this Motion, Defendant states as follows:

1.	On or about April 4, 2005, Plaintiff filed his Complaint with this Court.  On or about May 20, 2005, Plaintiff served the Complaint and Summons upon Defendant.

2.	Plaintiff currently has two administrative actions arising from the same alleged events upon which Plaintiff bases the above-captioned action.  Both of these administrative claims remain pending before the Connecticut Commission on Human Right and Opportunities and the Rhode Island Commission for Human Rights.

3.	The parties are attempting in good faith to resolve this matter and all actions related thereto, but need sufficient time to do so.

4.	Defendant, therefore, respectfully requests an extension of time until August 13, 2005 to file its responsive pleading to Plaintiff's Complaint.

5.      Defendant has not requested any prior extensions.

6.      Plaintiff has agreed to this extension and has assented to this Motion.


WHEREFORE, the Defendant respectfully requests that the Court allow its Assented-To

Motion to Extend Time to File Its Responsive Pleading to Plaintiff's Complaint, thereby

extending the deadline until August 13, 2005.


Respectfully submitted,

DEFENDANT
GREYHOUND LINES, INC.

By its attorney,


 /s/ Daniel B. Klein
Daniel B. Klein
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Dated:  July 7, 2005                                    (617) 946-4800

## CERTIFICATE OF SERVICE

I, Daniel B. Klein, hereby certify that on this 7th day of July, 2005, a true copy of the
foregoing document was mailed, postage prepaid, to James E. Neyman, Esq., James E. Neyman
& Associates, P.C., 197 Portland Street, Boston, MA 02114, Counsel for Plaintiff.


 /s/ Daniel B. Klein
Daniel B. Klein

BO1 15724632.1