# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

LESLIE SANDIFORD

V.

GREYHOUND BUS LINES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10662 REK**

TO: (Name and address of Defendant)

GREYHOUND BUS LINES, INC. C/O CT CORPORATION
101 FEDERAL STREET
BOSTON, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES E. NEYMAN, ESQ.
JAMES E. NEYMAN & ASSOCIATES, P.C.
197 PORTLAND ST.
BOSTON, MA 02114

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK _____

(By) DEPUTY CLERK

DATE APR 05 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
                Date                  Signature of Server

                                      _____
                                      Address of Server



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
*Suffolk, ss.*

(1 [illegible handwritten/faded text]

                                                                    _____
                                                                    Deputy Sheriff