UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LESLIE SANDIFORD, )
 )
        Plaintiff, )
 )
v. ) Civil Action No. 05-10662-REK
 )
GREYHOUND LINES, INC., )
 )
        Defendant. )
 )

## STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Leslie Sandiford ("Plaintiff"), and the Defendant, Greyhound Lines, Inc. ("Defendant"), in the above-captioned action hereby stipulate to the voluntary dismissal of all Counts of Plaintiff's Complaint against Defendant in this action with prejudice and without costs or interest. All rights of appeal are hereby waived.

Respectfully submitted,

PLAINTIFF,
LESLIE SANDIFORD

By his attorney,

_____
James E. Neyman
JAMES E. NEYMAN
 & ASSOCIATES, P.C.
197 Portland Street
Boston, MA 02114
(617) 723-2627

Dated: 11/15, 2005

DEFENDANT,
GREYHOUND LINES, INC.

By its attorneys,

_____
Daniel B. Klein
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

Dated: 12/6, 2005